ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Western Surety Company, | ) ASBCA No. 62755 |
| as Assignee of Fortis Networks, Inc. | ) |
| | ) |
| Under Contract No. W912BV-14-D-0005 | ) |

APPEARANCE FOR THE APPELLANT:     Evan B. Gatewood, Esq.
                                                              Hayes Magrini & Gatewood
                                                              Oklahoma City, OK

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                                                                      Engineer Chief Trial Attorney
                                                                   Lauren M. Williams, Esq.
                                                                      Engineer Trial Attorney
                                                                      U.S. Army Engineer District, Tulsa

ORDER OF DISMISSAL

The Board docketed this appeal on December 16, 2020. By letter dated March 15, 2021, prior to filing its complaint, appellant filed a withdrawal of the appeal. Accordingly, this appeal is dismissed from the Board's docket with prejudice. *See TTF, L.L.C.*, ASBCA No. 58494, 13-1 BCA ¶ 35,343 at 173,464.

Dated: April 6, 2021

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62755, Appeal of Western Surety Company, as Assignee of Fortis Networks, Inc., rendered in conformance with the Board's Charter.

Dated: April 8, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals